JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. FISHER, | Case No. 2:20-cv-03791-SB (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R.C. JOHNSON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 3, 2021

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE